**STATE of Missouri, Respondent,**

v.

**Porter WATKINS, Appellant.**

**No. WD41117.**

Missouri Court of Appeals, Western District.

Jan. 15, 1991.

Craig A. Johnston, Columbia, for appellant.

---

1. All references to statutes are to RSMo 1986, V.A.M.S., and all references to rules are to Missouri Rules of Court, V.A.M.R.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Consolidated appeal from a conviction of the sale of cocaine and from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).